# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN# Chosen one

611 Pennsylvania Ave, SE #310

Washington D.C. 20003

926 La Canada Verdugo Road, Altadena CA 91001

Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner In Pro se

Case: 1:26–cv–00674 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 2/21/2026
Description: Pro Se Gen. Civ. (F–DECK)

## UNITED STATES DISTRICT COURT

## CIVIL AND CRIMINAL DIVISIONS

## IN DA DISTRICT OF COLUMBIA

ADRIAN DAMICO MOON,

    Petitioner,

vs.

JOHN ROBERTS, JR. (EN BANC) ,

    Respondent,

**" JUDGMENT IS COMING "**

**$7,000,000,000.00**

) Case No. _____
)
) <u>Lead Identical Pending Related Case:</u>
)
) U.S.A./ SATAN et.al. vs MOON, 2023 CCC 0025,
) Superior Court , D.C., BA332095 ; BA362256,
) BC340942 , 20STCP04250,Superior Court, L.A. ;
)
) **PETITION FOR ANTI-STALKING**
) **TEMPORARY RESTRAINING (T.R.O.)**
) **AGAINST UNDERLING JOHN**
) **ROBERTS, JR. (EN BANC)**
) **PURSUANT TO FEDERAL RULE**
) **CIVIL PROCEDURE 65 (b) (1-4) ET.**
) **SEQ. ; M. G. L. c. 265-43A;  California**
) **Code Civil Procedure 527..6; 527.8 ; D.C.**
) **CODE SECTIONS 22-3131 THROUGH**
) **22-3135 ; 18 U.S.C. 2261(A) ET. SEQ.**
) **COVID-19: HOST, HOAX, OR HOLY SPIRIT**
)

## RECEIVED

FEB 21 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## PETITION

PETITION FOR TEMPRARY RESTRAINING (T.R.O.) ANTI-STALKING ORDER AGAINST JOHN ROBERRT, JR. (EN BANC) PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 ; D.C. CODE SECTIONS 22-3131-3135 ; 18 U..S.C. 2261 (A) ET. SEQ.  - 1

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

**I AM ADRIAN DAMICO MOON,** ( hereinafter, 'daredeemer') Petitioner, Attorney In Pro Se, Israelite, Chosen one , begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua , Jesus Christ da Messiah… paragon, with integrity, and veracity proclaim and decree as follows,

## PREFACE

" Parable- Hue-mans are ALL different shades of Hue from da pailest of da pail to da darkest of Brown , there is no should Hueman as a White, nor Black Hueman. da Hueman race is da only race in da Universe as there has been no living life form found on any other planet in da Universe , da only racist in da Universe is Satan, Lucifer da fallen Loser ! As You have to hate ALL hueman beings to be a Racist, Given da facts that Huemans are da only Race in da Universe and Satan is da only Racist in da Universe then Who In-Hell stole da ( e) out of da word Hu (e) man ? "

## RESPONDENT JOHN ROBERT , JR. (EN BANC):

1.      On September 30, 2025. 'daredeemer' filed a Writ of Certiorari in case no. 24-CM-0495 from da Court of Appeal, D.C.

2.      On or about October 10, 2025 , 'daredeemer' filed a Motion with John Robert, jr. ( En Banc) to fire da Clerk of da Court Scott Harris and to assigned 'daredeemer's Writ of Certiorari from da Court of Appeal, D.C. case no. 24-CM-0495.

3.      On or about October 10, 2025, Respondent Indira Talwani, with evil , vicious , heinous , Hamas Domestic Terrorism criminal conspired with Tanya Sue Tanya specifically and Satan et. al. generally to not allow 'daredeemer' to be amended in case no. 1:25-cv-13165-IT as da sole and only Plaintiff.   Defendant Talwani, stating, " YOU HAVE TO FILE YOUR OWN CASE" which cause 'daredeemer' to fear for his safety and duress and actual cost and damages of $7,000,000,000.00.

4.      On or about November 22, 2025, 'daredeemer filed a Motion to John Roberts, jr ( EN BANC ) to disqualify all da Judicial Officers of da Supreme Court than schedule a Congressional Grand Jury for investigation , indictment, impeachment and prosecution. 'daredeemer ' believes that because he is a Gemini like 'teflon don' they are being vicious, evil , heinous and Hamas Domestic Terrorism

5.      On February 2, 2026 , Respondent Talwani with evil, vicious , heinous , Hamas

---

PETITION FOR TEMPRARY RESTRAINING (T.R.O.) ANTI-STALKING ORDER AGAINST JOHN ROBERRT, JR. (EN BANC) PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 ; D.C. CODE SECTIONS 22-3131-3135 ; 18 U..S.C. 2261 (A) ET. SEQ.  - 2

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Domestic Terrorism criminally conspired then issued an order deeming 'daredeemer' a vexatious litigant without cause to chill 'daredeemer' from exercising his protected rights in litigating his case a da sole and proper plaintiff. Respondent Talwani has engaged in an attempt of Murder , theft , and mayhem against 'daredeemer' causing 'daredeemer' to fear for his safety and could not sleep for weeks.

**6.** On February 10, 2026, Respondent Talwani received 'daredeemer's Motion to Correct da Case Caption… and has again failed to adjudicate over (7) Motions received and not filed causing 'daredeemer' to fear for his life and safety.

7. On February 10, 2026, Respondent Mob Boss Mary Ann Murphy directed her underlings David Ormon Carter, Tanya Sue Chutkan, Jill Christie Boddie, Indira Talwani, Anna Elizabeth Blackburne -rigsby  to not allow 'daredeemer' to Vacate, Set-Aside, and Strike da Pre-filing order of September 20, 2022, see, read , understand, and consider case entitled L.A. ALLIANCE HUE-MAN RIGHTS et. al. vs. City and County of Los Angeles et. al. case no 2:20-cv-02291-DOC, docket # 1152 through 1169 et. seq. and Petition For Anti-Stalking Temporary Restraining Order ( t.r.o. ) against David Ormon Carter, Anna Elizabeth Blackburne-rigsby , Jill Christie Boddie, Tanya Sue Chutkan, Indira Talwani, as Motions A, B, C, D, incorporated by this reference.   Which caused 'daredeemer' to fear for his life , remain homeless, suffer emotional stress of losing property in Altadena and Palisades, California  actual cost and damages of $7,000,000,000.00.

8. On April 5, 2005, in case Moon vs. Cade et. al BC340945, Superior Court, Los Angeles, Defendant Mary Ann Murphy, after being served with a timely and proper C.C.P. 170.6 from both da Plaintiff and Defendant sides in da case failed to recuse herself. Respondent Murphy, Warren Cade, and Jill Christie Boddie were engaged in a triangle Homosexual illegal relationship, Then Respondent Murphy in retaliation filed a pre-filing order against 'daredeemer' to protect her lovers Cade and Boddie which stands to date !

9. Since March 31, 2023 to present Respondent Jill Christie Boddie, a.k.a. 'Killer' , with evil, vicious, heinous , Hamas Domestic Terrorism criminally conspired with co-defendants Mob Boss Anna Elizabeth Blackburne-rigsby, Elizabeth Carroll Wingo, Jason Lavey, Julio Castillo, Sherman Williams, Roquisha Wilson-Jefferson, Corrine Ann

PETITION FOR TEMPRARY RESTRAINING (T.R.O.) ANTI-STALKING ORDER AGAINST JOHN ROBERRT, JR. (EN BANC) PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 ; D.C. CODE SECTIONS 22-3131-3135 ; 18 U..S.C. 2261 (A) ET. SEQ. - 3

# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Beckwith, Court of Appeal, D.C., Tanya Sue Chut Ann Murphy, Patricia Donahue, Sarah Steilberger, Tulikka Cee, Kimberly Sheree Knowles, John J. Sample , Thomas Healy, Dante Owens, specifically, and Satan, ROES / DOES 1-350 inclusively , generally traveled to kill, steal, and destroy 'daredeemer'.

10.     On March 31, 2023, Mob Boss Anna Blackburne-rigsby and her underlings directed da Metropolitan D.C. Police Department falsely arrest 'daredeemer' for da charges of Kidnaping, Assault , Grand Theft, Vandalism , Attempted Murder which 'daredeemer' feared for his safety , felt seriously alarmed and disturbed , and suffer emotional distress. See, read, understand, and consider attached Motion A (  ) Arrest Document  incorporated by this reference.

11.     On December 15, 2023, Defendant Corrine Ann Beckwith ( acting Chief Judge ) (202) 879-2728 recused Anna Elizabeth Blackburne-rigsby from cases 2023 CCC 0025 and all cases on Appeal ( 23-FM-0830 ; 23-CO-0863 ; 23-C0-0955; 24-C0-0495; 23-CO-0632, but filed to Vacate , Set-Aside and Strike all Defendant  Mob Boss Anna Elizabeth Blackburne-rigsby orders.  Which caused 'daredeemer' fear for his safety , seriously alarmed , disturbed and frightened and suffer emotional stress and actual damages of $7,000,000,000.00. See, read, understand, and consider attached Motion B (  ) order dated December 15, 2023) incorporated by this reference.

5.   On December 19, 2023, Respondent Murphy, Boddie , Blackburne-rigsby, Patricia Donahue , Steilberger with vicious, evil , heinous, Hamas Domestic Terrorism criminal conspired to abduct 'daredeemer' , kidnapped for Ransom to Satan's stronghold D.O.C. D.C. Jail until December 29, 2025.

6.   On April 10, 2023, Defendant Mob Boss Anna Elizabeth Blackburne-rigsby directed her underlings to destroy 'daredeemer's RESPONSE to Defendant Thomas Healy's Motion to Withdraw as Appointed Counsel then Dismissed case no .24-CM-0495 see attached Motion C (   ) pages incorporated by this reference.

5.  On September 10, 2025, Recused Defendant Mob Boss Anna Elizabeth Blackburne-rigsby issued another illegal order. Terrorist threatening that 'daredeemer' shall be arrested if he was to enter into Court of Appeal, D.C. to file documents . 'daredeemer' has filed over Twenty (20) pleading through da email: emergencyfilings@dcappeal.gov and Recused Defendant Mob Boss Anna Elizabeth has

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

not filed and docketed these pleading in contempt of his own illegal voidable order of September 10, 2025  see attached Motion B (   ) pages incorporated by this reference.

**Orders To Be Issued:**

6. 'daredeemer' request that da court issue a Temporary Anti-Stalking Restraining order against Respondent Indira Talwani and set a hearing for a permanent Anti-Stalking Restraining .

7. Order that Respondent Mary Ann Murphy, Vacate. Set-Aside , and Strike retroactively da pre-filing order dated April 1, 2028 in case Moon vs. Cade et. al. case no. BC340942.  And not make any contact with Petitioner except by way of a retained Lawyer.

8. Issue stay away orders of Respondent Mary Ann Murphy to stay away for Petitioner 's person at least 500 yards ; Home; Vehicle ; legal case especially cases whereby Adrian Damico Moon was, is , and to be a party to da action.

9. Order that Respondent Mary Ann Murphy can voluntarily resign as Judicial officer in any Court of da United States of America in lieu of a scheduling of an Congressional Hearing with da United States Congress for investigation , indictment, impeachment and prosecution.

10. 'daredeemer' reserves da right to add evidence , and witnesses at da hearing for da Temporary Anti-Stalking Restraining Order Hearing .

12.  On February 10, 2026, Respondent Murphy and Defendant David Ormon Carter with vicious, evil , heinous , Hamas Domestic Terrorism criminally conspired then denied to hear 'daredeemer' s Ex parte Application to Vacate , Set-aside , and strike Defendant Carter's pre-filing order of September 20, 2022.

13.  Respondent Indira Talwani  to undergo a full battery of Mental , Medical , Physical Health evaluations and Drug Use Testing before da hearing on da permanent Anti-Stalking Restraining Order, forthwith.

'daredeemer' proclaim and decree under da penalty of sin that da foregoing is true and correct so help ME God..

DATED : February 14, 2026          by: _____

KING Adrian 'daredeemer' Moon, Petitioner

PETITION FOR TEMPRARY RESTRAINING (T.R.O.) ANTI-STALKING ORDER AGAINST JOHN ROBERRT, JR. (EN BANC) PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 ; D.C. CODE SECTIONS 22-3131-3135 ; 18 U..S.C. 2261 (A) ET. SEQ. - 5

Motion A

EXTREME EMERGENCY
MOTION ORANGE COVER

CASE NO. S-25-_____

_____

## IN DA

## SUPREME COURT OF UNITED STATES OF AMERICA

_____

### ADRIAN DAMICO MOON

### PLAINTIFF- APPELLANT,

### VS.

### SATAN ET. AL. ROES 1 THROUGH 350 INCLUSIVELY

### DEFENDANTS-APPELLEES,

_____

**EXTREME EMERGENCY DEMAND UNDER SUPREMACY CLAUSE ARTICLE VI PARA. TWO OF DA UNITED STATES CONSTITUTION FOR NOTICE AND RULING TO JUSTICES AMY CONEY BARRETT, JOHN G. ROBERTS JR. , CLARENCE THOMAS, SAMUEL ALITO, JR. , SONIA SOTOMAYOR, ELENA KAGAN, NEIL GORSHUCH , BRETT M. KAVANAUGH, KETANJI BROWN JACKSON ( EN BANC) OF DA EXTREME EMERGENCY APPLICATION SUBMITTED TO DA COURT ON NOVEMBER 12, 2025 : SEE, READ , AND CONSIDER DA ATTACHED MOTION A ( 9 ) PAGES ( EXTREME EMERGENCY APPLICATION TO THE HONORABLE AMY CONEY BARRETT... ) AND MOTION B (8) PAGES ( SUBPOENA , AMENDED VERIFIED COMPLAINT , AND VERIFIED COMPLIANT )  INCORPORATED BY THIS REFERENCE.**

_____

**Plaintiff-Appellant**

Adrian Damico Moon, Attorney In Pro Se
611 Pennsylvania ave, SE #310
Washington D.C. 20001

Cell ( 771-215-8153

admoon172@gmail.com

**Defendants-Appellees**

U.S. Supreme Court Justices( En Banc)
1 First Street, NW
Washington, D.C. 20001

(202) 863 1004

sharris@supremecourt.gov

CASE NO.  S-25-_____

_____

## IN DA

## SUPREME COURT OF UNITED STATES OF AMERICA

_____

### ADRIAN DAMICO MOON

### PLAINTIFF- APPELLANT,

### VS.

### SATAN ET. AL. ROES 1 THROUGH 350 INCLUSIVELY

### DEFENDANTS-APPELLEES,

**EXTREME EMERGENCY DEMAND UNDER SUPREMACY CLAUSE ARTICLE VI PARA. TWO OF DA UNITED STATES CONSTITUTION FOR NOTICE AND RULING  TO JUSTICES AMY CONEY BARRETT, JOHN G. ROBERTS JR. , CLARENCE THOMAS, SAMUEL ALITO, JR. , SONIA SOTOMAYOR, ELENA KAGAN, NEIL GORSHUCH , BRETT M. KAVANAUGH, KETANJI BROWN JACKSON ( EN BANC) OF DA EXTREME EMERGENCY APPLICATION SUBMITTED TO DA COURT ON NOVEMBER 12, 2025 : SEE, READ , AND CONSIDER DA ATTACHED MOTION A ( 9 ) PAGES ( EXTREME EMERGENCY APPLICATION TO THE HONORABLE AMY CONEY BARRETT... ) AND MOTION B (8) PAGES ( SUBPOENA , AMENDED VERIFIED  COMPLAINT , AND VERIFIED COMPLIANT )   INCORPORATED BY THIS REFERENCE.**

| **Plaintiff-Appellant** | **Defendants-Appellees** |
|---|---|
| Adrian Damico Moon, Attorney In Pro Se | U.S. Supreme Court Justices( En Banc) |
| 611 Pennsylvania ave, SE #310 | 1 First Street, NW |
| Washington D.C. 20001 | Washington, D.C. 20001 |
| Cell ( 771-215-8153 | (202) 863 1004 |
| admoon172@gmail.com | sharris@supremecourt.gov |

## DECLARATION OF ADRIAN DAMICO MOON

## MEMORANDUM OF POINTS AND AUTHORITIES

I AM ADRIAN DAMICO MOON, ( hereinafter, 'daredeemer' ) Plaintiff and Appellant , Attorney In Pro Se, Israelite, chosen one, begotten son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi , Yeshua , Jesus Christ da Messiah... paragon , with integrity, and veracity, proclaim and decree as follows,

1. Since October 30 , 2024 , Defendants has deliberately failed to provide 'daredeemer' with a case number for his Writ of Certiorari and Defendant Barrett has deliberately failed to adjudicated an Extreme Emergency Application for Administrative relief to provide da case number and to rule (En Banc) on whether da U.S. Supreme Court shall hear da matter and re: Sanctions of $25, 000. 00 . see, read , understand , and consider da attached Motions A (9) pages and Motion B (8) pages incorporated by reference , pursuant to Federal Evidence Code 201 et. Seq.

'daredeemer' proclaims and decree under da penalty of sin that da foregoing is true and correct so help ME God !!! AMEN AND AMEN

DATED: NOVEMBER 29, 2025

KING Adrian 'daredeemer' Moon , Attorney in Pro se

Motion A
( a ) Pages

CASE NO. S- _____

_____

## IN DA

## SUPREME COURT OF DA UNITED STATES OF AMERICA

_____

### ADRIAN DAMICO MOON

### APPLICANT, APPELLANT ,

### VS.

### SATAN ET. AL. ROES 1 TRHOUGH 350, INCLUSIVELY

### RESPONDENTS, APPELLEES ,

**EXTREME EMERGENCY APPLICATION TO THE HONORABLE AMY CONEY BARRETT, ASSOCIATE JUDGE ( EN BANC ) FOR ADMINISTRATIVE RELIEF TO ASSIGN A CASE NUMBER TO WRIT OF CERTIORARI FILED ON SEPTEMBER 30, 2024 AND TO REMOVE SCOTT S. HARRIS , CLERK OF DA COURT, REDMOND BARNES, AND EMILY WALKER FROM OFFICE PURSUANT TO RULE 25.1 ; 28 U.S.C. 671( a ) ; 18 U.S.C. 241 ;242;2381 ET. SEQ. re: sanction of $25,000.00**

**APPLICANT, APPELLANT**

Adrian Damico Moon, Attorney In Pro Se

Cell ( 771) 215-8153  admoon172@gmail.com

**REPONDENTS, APPELLEES**

Scott S. Harris, Clerk of da Court

ph. ( 202) 863-1004

sharris@supremcourt.gov

" JUDGMENT IS COMING '

# $ 7,000,000,000.00

Clerks Office

Adrian Mpon

11/12/2026 1:88:08 PM  570

Motion A (a) pages

# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus da Messiah...

### DECLARATION OF ADRIAN DAMICO MOON

### MEMORANDUM OF POINTS AND AUTHORITIES

I AM ADRIAN DAMICO MOON, ( hereinafter, 'daredeemer') Applicant and Appellant Attorney In Pro Se, Israelite, chosen one, begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua , Jesus Christ da Messiah... paragon , with integrity and veracity , proclaim and decree as follows,

1.  Defendants Scott S. Harris, Redmond Barnes , and Emily Walker, specifically , and Satan et. al. generally, with evil , vicious , heinous , Hamas Domestic Terrorism have criminally conspired to not assign timely a case number to da attached criminal Writ of Certiorari. See, read, understand , and consider attached Motion A ( 6) pages , ( Clerk's Instructions, Motion for Leave to proceed in forma Pauperis , and Petition For Writ of Certiorari , Proof of Service ) , Motion B (3) pages, ( Notice of Private Citizens Arrest , D.C. Code section 23-582 ; 1105 (a) ; 18 U.S.C. 241 ; 242; 1201 (A) ; 2381 ET. SEQ. ) incorporated by this reference.

2.  Honorable Amy Coney Barrett is required to take judicial notice of cases Moon vs. Satan et. al . case no. 23-5240 ; 25- 5207 in da U.S. Court of Appeal, D.C. ; case nos. 1-23-cv-1972-bah ; 1:25-cv-01451-UNA , 1:25-cv-02678-ACR , 1:25-cv-03005-JMC , 2:20-cv-02291-DOC; 3:25-cv-04870-CRB ; 1:25-cv-13165-IT in their respective U.S. District Courts... HARRIS vs. COUNTY OF ORANGE ( 9TH Cir. 2012 ) and Federal Evidence Code 201 et. seq.

3. On October 4, 2025 , Defendants Scott S. Harris, Redmond Barnes and Emily Walker with evil , vicious , heinous , Hamas Domestic Terrorism threatened 'daredeemer' that da Documents filed on September 30, 2024 had been destroyed and that 'daredeemer' shall file another original TO DATE ! Defendants Harris, Barnes, and Walker has not and won't provide 'daredeemer' a case number !!!

4. 'daredeemer' has suffered irreparable harm and damages , duress and actual cost of approximately $25,000.00 and President Donald John Trump , jr. 'teflon don" shutting down Satan' Government so he won't have to by Executive Order pay 'daredeemer ' a lump sum of Seven (7) Billion Dollars against Satan et.al. Roes 1- through 350 inclusively ...

5. 'daredeemer' has no plain and adequate legal remedy to fight Satan et. al .in his Courthouses and if this Extreme Emergency Application is not Granted in it's entirety, 'daredeemer ' shall suffer punitive damages in da amount of Twenty-one ( 21) Billion Dollars. And this Court ( En Banc ) shall hear this Writ of Certiorari as it has imperil consequences on every American and World Citizens more than Roe vs. Wade reversal.

'daredeemer' proclaim and decree under da penalty of Sin that da foregoing is true and correct , So help ME God, AMEN AND AMEN "YES KING" Revelation 19:13-16 ESV; Luke 11:45-54 , N.K.J.V. decree of 1611 ..

" Respectfully Submitted "

DATED : November 12, 2025    by: _____

KING Adrian 'daredeemer' Moon , Attorney In Pro se

'da blood'

Motion A (6) pages

Filing of September 30,

CASE NO. S _____

_____

**IN DA**

**SUPREME COURT OF DA UNITED STATES OF AMERICA**

_____

**ADRIAN DAMICO MOON**

PETITIONER , CROSS-PLAINTIFF, RESPONDENT, DEFENDANT AND APPELLANT,

VS.

**SATAN ET. AL. ROES 1 THROUGH 350 INCLUSIVELY**

RESPONDENT, CROSS-DEFENDANTS, PETITIONERS, PLAINTIFFS, AND APPELLEES,

**Court  Clerk Instructions**

Please file Motion for Leave to Proceed in Forma Pauperis and Petition an
assign a case number 'daredeemer' shall amend da Petition after da case
number is assigned

Dated : September 30, 2025

KING Adrian Damico Moon , 'daredeemer'

611 Pennsylvania ave, # 310  Washington D.C. 20003

Cell ( 771 ) 215-8153     admoon172@gmail.com

**GREAT ATTORNEY IN PRO SE**

CASE NO. S _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES OF AMERICA

_____

## ADRIAN DAMICO MOON

PETITIONER, CROSS-PLAINTIFF, RESPONDENT, DEFENDANT AND

APPELLANT,

VS.

## SATAN ET. AL. ROES 1-350 INCLUSIVELY

RESPONDENTS, CROSS-DEFENDANTS, PETITIONERS, PLAINTIFFS AND

APPELLEES,

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

**I AM ADRIAN DAMICO MOON,** ( hereinafter, 'daredeemer') Petitioner Atto
In Pro se, Israelite, Chosen one, begotten Son of da Almighty Creator in da
names of Yahawashi, Yeshua, Jesus Christ da Messiah... paragon, with integ
and veracity proclaim and decree as follows,

1. 'daredeemer' request Leave of Court to file da attached petition for ;
   of certiorari  waiving  and without prepayment of costs and to proce
   *forma pauperis.* [1] in this criminal petition.
2. daredeemer' has been granted  Leave to proceed in *forma pauperis*
   lower court , U.S. Court of Appeal, D.C. and U.S. District Court, D.C. ,(
   No. 23-5240 ; 25-5207 and 1:23-cv-1972-JEB/bah ; 1:25-cv-01451-JEI
   respectively .

**DATED: August 1, 2025**

ADRIAN DAMICO MOON, Attorney in Pr

_____

[1] Moon vs. Satan et. al. Roes 1-350 inclusively, case no. 19-5044 order of Oct. 7, 2019, " The clerk is direi
accept any further petitions in non-criminal matters form petitioner unless the docketing fee required b
38(a) is Paid " This is a Criminal case submission

Motion G

Anti- Stalking (T.R.O.)

Against Mob Boss

Anna Elizabeth Blackburn-Kingsly

# FROM DA KINGDOM OF Adrian 'daredeemer'

### By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner In Pro se

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA DISTRICT OF COLUMBIA

**ADRIAN DAMICO MOON,**

Petitioner,

**vs.**

**ANNA ELIZABETH BLACKBURNE-RIGSBY,**

Respondent,

**" JUDGMENT IS COMING "**

**# $7,000,000,000.00**

Case No. **26-CV-0559-UNA**

Lead Identical Pending Related Case:

U.S.A./ SATAN et.al. vs MOON, 2023 CCC 0025, Superior Court , D.C.

**PETITION FOR TEMPORARY RESTRAINING ( T.R.O. ) ANTI-STALKING ORDER AGAINST MOB BOSS ANNA ELIZABETH BLACKBURNE-RIGSBY PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 ; D.C. CODE SECTIONS 22-3131 THROUGH 22-3135 ; 18 U.S.C. 2261(A) ET. SEQ.**

**COVID-19: HOST, HOAX, OR HOLY SPIRIT**

## PETITION

**I AM ADRIAN DAMICO MOON,** ( hereinafter, 'daredeemer') Petitioner, Attorney In Pro Se, Israelite, Chosen one , begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua , Jesus Christ da Messiah... paragon, with integrity, and veracity proclaim and decree as follows,

1. Since March 31, 2023 to present  Respondent Mob Boss Anna Elizabeth Blackburne-rigsby, with evil, vicious, heinous , Hamas Domestic Terrorism criminally conspired with co-defendants Jill Christie Boddie, Elizabeth Carroll Wingo, Jason Lavey, Julio Castillo, Sherman Williams, Roquisha Wilson-Jefferson, Corrine Ann Beckwith, Court of Appeal, D.C., Tanya Sue Chutkan, Mary Ann Murphy, Patricia Donahue, Sarah

PETITION FOR TEMPRARY RESTRAINING (T.R.O.) ANTI-STALKING ORDER AGAINST MOB BOSS ANNA ELIZABETH BLACKBURN-RIGSBY PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 ; D.C. CODE SECTIONS 22-3131-3135 ; 18 U..S.C. 2261 (A) ET. SEQ. - 1

Steilberger, Tulikka Cee, Kimberly Sheree Knowles, John J. Sample , Thomas Healy, Dante Owens, specifically, and Satan, ROES / DOES 1-350 inclusively , generally traveled to kill, steal, and destroy 'daredeemer'.

2. On March 31, 2023, Mob Boss Anna Blackburne-rigsby and her underlings directed da Metropolitan D.C. Police Department falsely arrest 'daredeemer' for da charges of Kidnaping , Assault , Grand Theft, Vandalism , Attempted Murder which 'daredeemer' feared for his safety , felt seriously alarmed and disturbed , and suffer emotional distress. See, read, understand , and consider attached Motion A ( Arrest Document ) incorporated by this reference.

3. On December 15, 2023, Defendant Corrine Ann Beckwith ( acting Chief Judge ) (202) 879-2728 recused Anna Elizabeth Blackburne-rigsby from cases 2023 CCC 0025 and all cases on Appeal ( 23-FM-0830 ; 23-CO-0863 ; 23-C0-0955; 24-C0-0495; 23-CO-0632, but filed to Vacate , Set-Aside and Strike all Defendant Mob Boss Anna Elizabeth Blackburne-rigsby orders. Which caused 'daredeemer' fear for his safety , seriously alarmed , disturbed and frightened and suffer emotional stress and actual damages of $7,000,000,000.00. See, read, understand, and consider attached Motion B ( order dated December 15, 2023) incorporated by this reference.

4. On April 10, 2023, Defendant Mob Boss Anna Elizabeth Blackburne-rigsby directed her underlings to destroy 'daredeemer's RESPONSE to Defendant Thomas Healy's Motion to Withdraw as Appointed Counsel then Dismissed case no .24-CM-0495 see attached Motion C (  ) pages incorporated by this reference.

5. On September 10, 2025, Recused Defendant Mob Boss Anna Elizabeth Blackburne-rigsby issued another illegal order. Terrorist threatening that 'daredeemer' shall be arrested if he was to enter into Court of Appeal, D.C. to file documents . 'daredeemer' has filed over Twenty (20) pleading through da email: emergencyfilings@dcappeal.gov and Recused Defendant Mob Boss Anna Elizabeth has not filed and docketed these pleading in contempt of his own illegal voidable order of September 10, 2025  see attached Motion D (  ) pages incorporated by this reference.

**Orders to be issued"**

6. 'daredeemer' request that da court issue a Temporary Anti-Stalking Restraining order against Respondent Anna Elizabeth Blackburne-rigsby and set a hearing for a permanent Anti-Stalking Restraining .

7. Order that Respondent Blackburne-Rigsby not make any contact with Petitioner except by way of a retained Lawyer.

8. Issue stay away orders of Respondent Blackburne-Rigsby to stay away for Petitioner 's person at least 500 yards ; Home; Vehicle ; legal case especially cases on Appeal in da Court of Appeals, D.C.

9. Order that Respondent Blackburne-rigsby can voluntarily resign a Chief Judge.

10. that all pleadings emailed by 'daredeemer' to : emergencyfilings@dccappeals.gov From email: admoon172@gmail.com be filed and docketed immediately into case entitled  In re: Adrian Damico Moon, cases no. 25-CO-0632 ; 24-CO-0495 in da Court of Appeal , D.C.

11. 'daredeemer' reserves da right to add evidence , and witnesses at da hearing for da Temporary Anti-Stalking Restraining Order Hearing .

'daredeemer' proclaim and decree under da penalty of sin that da foregoing is true and correct so help ME God..

DATED February 14, 2026          by: _____

KING Adrian 'daredeemer' Moon, Petitioner

## COURT OF APPEAL DISTRICT OF COLUMBIA

## CERTIFICATE OF SERVICE

I AM ADRIAN DAMICO MOON, served da following document:

Emergency Motion for Orders to show cause Why Mob Boss Anna Elizabeth Blackburne-rigsby, Chrisellen R. Kolb and Caroline Van Zile should not be arrested and prosecuted under da charges to include but not limited to: Treason, Obstruction of Justice , and Profit Racketeering under da FEDERAL R.I.C.O. ACT ... / Stipulation Agreement

On October 25, 2025 to da following Cross-Defendants :

Mob Boss Anna Elizabeth Blackburne-rigsby

430 E street, NW Washington D.C. 20001

Email : emergencyfillings@dcappeals.gov

Efilinghelp@dcappeals.gov

(202) 879-2700

Chrisellen R. Kolb   (202) 740-4809   chrisellen.r.kolb@usdoj.gov

Caroline Van Zile  (202) 740-4809    caroline.vanzile@dc.gov

Thomas Healy   (2 02) 638-6950     healylaw@gmail.com

Mark Moore Rollins (202) 455-4516  mark@rollinsandchan.com

Ada Chan  (202) 455-5003        ada@rollinsandchan.com

'daredeemer' certify that da following is true and correct

Dated : October 25, 2025

Declarant